UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOONMI BOONMY, | ) | Case No. CV 18-67 ODW(JC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| KIRSTJEN NIELSEN, et al., | ) | JUDGMENT |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

IT IS HEREBY ADJUDGED that the request of petitioner Boonmi Boonmy to voluntarily dismiss the Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241) ("Petition") is granted, and that the Petition and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: _May 4, 2018

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE